UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER NENSTIEL,   Plaintiff

- against -                                          08-CV-4394

DAWN L. FOSTER,   Defendant                          (JUDGE ROBINSON)

MOTION TO ADMIT COUNSEL
PRO HAC VICE

---

PURSUANT TO RULE 1.3(C) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, FREDERICK C. ARANKI, ESQUIRE, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant Name: CHRISTOPHER B. SLUSSER, ESQUIRE

Firm Name: THE SLUSSER LAW FIRM

Address: 1620 NORTH CHURCH STREET, SUITE 1

City/State/Zip: HAZLETON, PENNSYLVANIA 18202

Phone Number: (570) 453-0463

Fax Number: (570) 453-0273

CHRISTOPHER B. SLUSSER is a member in good standing of the Bar of the State of PENNSYLVANIA.

---

There are no pending disciplinary proceedings against CHRISTOPHER B. SLUSSER in any Sate or Federal court.

Dated:
City, State: New York, New York

Respectfully Submitted,

Sponsor – FREDERICK E. ARANKI, ESQUIRE
SDNY Bar Code: 4503
Firm Name: Block & O'Toole
Address: One Penn Plaza, Suite 5315
City/State/Zip: New York, New York 10119
Phone Number: (212) 736-5300
Fax Number: (212) 971-9840

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER NENSTIEL, Plaintiff

- against -                             08-CV-4394

DAWN L. FOSTER, Defendant               (JUDGE ROBINSON)

AFFIDAVIT OF FREDERICK C. ARANKI IN SUPPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

State of New York   )
                    )  ss:
County of New York  )

FREDERICK C. ARANKI, ESQUIRE, being duly sworn, hereby deposes and says as follows:

1. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in June, 1999, I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known CHRISTOPHER B. SLUSSER since 1993.

4. CHRISTOPHER B. SLUSSER is the senior partner of The Slusser Law Firm in Hazleton, Pennsylvania.

5. I have found CHRISTOPHER B. SLUSSER to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of CHRISTOPHER B. SLUSSER, pro hac vice, which is attached hereto as EXHIBIT A.

WHEREFORE it is respectfully requested that the motion to admit CHRISTOPHER B. SLUSSER, Pro hac vice, to represent Plaintiff in the above captioned matter be granted.

Date: 6/4/08
City, State:
Notarized:

NIKOLLA GJELAJ
NOTARY PUBLIC, State of New York
No. 02GJ6070762
Qualified in Westchester County
Commission Expires March 11, 2010

Respectfully submitted,

FREDERICK C. ARANKI, ESQUIRE
SDNY Bar Code: 4503



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Christopher B. Slusser, Esq.*

**DATE OF ADMISSION**

*December 9, 1996*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: May 8, 2008

John W. Person, Jr., Esq.
Deputy Prothonotary