UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER NENSTIEL,   Plaintiff

- against -

DAWN L. FOSTER,   Defendant

08-CV-4394

(JUDGE ROBINSON)

ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION

Upon the motion of FREDERICK C. ARANKI, ESQUIRE and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

Applicant Name: CHRISTOPHER B. SLUSSER, ESQUIRE

Firm Name: THE SLUSSER LAW FIRM

Address: 1620 NORTH CHURCH STREET, SUITE 1

City/State/Zip: HAZLETON, PENNSYLVANIA 18202

Telephone/Fax: (570) 453-0463; (570) 453-0273

Email Address: chriss@slusserlawfirm.com

Is admitted to practice pro hac vice as counsel for Plaintiff, PETER NENSTIEL, in The above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. IF this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: June 20, 2008
City, State: White Plains, NY

United States District/Magistrate Judge

FOR OFFICE USE ONLY:  FEE PAID $            SDNY RECEIPT#

SDC SDNY
DOCUMENT
ELECTRONICALLY FILED